# EXHIBIT A



# EXHIBIT B

Subject: A Message from Facebook
Date: 2024-01-27 12:54 AM
From: "Facebook" <notification+k_uu-juid7__@facebookmail.com>
To: bob@ewumedia.com
Reply-To: Facebook <notification+k_uu-juid7__@facebookmail.com>

Hello,

We removed the following content you posted on Facebook because we received a notice from a third party that it infringes their copyright:

Video uploaded on January 15th, 8:31am PST, "Man Challenges Cop to Karate Fight, Instantly Regrets It"

If you believe that this content should not have been removed from Facebook, you can contact the complaining party directly to resolve your issue:

Report #: 932923805177325
Rights Owner: Vobile Inc. as an agent of A&E Television Networks, LLC
Email: agent@aetvnetwork.copyright-notice.com
Trademark: NOT_APPLICABLE_API

If an agreement is reached to restore the reported content, please have the reporting party send us a retraction through the appropriate channel.

Facebook complies with the notice and takedown procedures defined in section 512(c) of the Digital Millennium Copyright Act ("DMCA"). If you disagree with this decision and believe that the content should not have been removed, you can submit a DMCA counter-notification by filling out our form:
https://www.facebook.com/legal/copyright.php?howto_appeal&parent_report_id=932923805177325?ref=cr

We strongly encourage you to review the content you have posted to Facebook to make sure that you have not posted any other infringing content, as it's our policy to terminate the accounts of repeat infringers when appropriate.

For more information about intellectual property, please visit the Help Center:
https://www.facebook.com/help/intellectual_property?ref=cr

Thanks,


The Facebook Team