NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Omid E. Khalifeh
Ariana Santoro
Louise Jillian Pais
2029 Century Park E., Ste. 438
Los Angeles, CA 90067
310.276.6664

ATTORNEY(S) FOR: Plaintiff EWU Media LLC

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EWU Media LLC, a Nevada Limited Liability Company;

Plaintiff(s),

v.

Vobile Inc., a California Corporation, A&E Television Networks LLC, a Delaware Limited Liability Company;

Defendant(s)

CASE NUMBER:

2:24-cv-02046

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff EWU Media LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EWU Media LLC | Plaintiff |
| Vobile Inc. | Defendant |
| A&E Television Networks LLC | Defendant |

March 13, 2024
Date

/s/ Omid E. Khalifeh
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff EWU Media LLC