# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC<br><br>Plaintiff(s),<br><br>v.<br><br>VOBILE INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–02046–MEMF–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __3/13/2024__

Document No.:   __3__

Title of Document:   __Notice of Appearance or Withdrawal of Counsel G123__

**ERROR(S) WITH DOCUMENT:**

Not signed by Ariana Santoro.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: __March 15, 2024__        By:  __/s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*__
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**