**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EWU Media LLC | | CASE NUMBER: |
| | PLAINTIFF(S) | 2:24-cv-02046-MEMF-PD |
| v. | | |
| Vobile Inc. et al | | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| | DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 3/13/2024 | 3 | Notice of Appearance or Withdrawal of Counsel |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Document not signed by Ariana Santoro

Dated: 3/18/2024         By: _____
                              U.S. District Judge / U.S. Magistrate Judge