POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Omid E. Khalifeh, SBN 267340<br>Omni Legal Group<br>2029 Century Park East Suite 400 Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 276-6864 \| FAX NO. \| E-MAIL ADDRESS *(Optional):* lara@omnilegalgroup.com<br>ATTORNEY FOR *(Name):* | *FOR COURT USE ONLY* |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 350 W. FIRST STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA |

| PLAINTIFF: EWU MEDIA LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: Vobile Inc., a California Corporation, | 2:24-cv-02046 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>EWU MEDIA LLC |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* Complaint; Exhibit to the Complaint; Summons - A&E; Summons - Vobile; Civil Case Cover Sheet; Notice of Assignment; Notice of Interested Parties; Notice re: ADR; Notice re: Magistrate Judge.
3. a. Party served *(specify name of party as shown on documents served):*
   **A&E Television Networks LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Vicenza Cipriano - Process Specialist**
   Age: 50 Race: Tan Sex: Male Height: 5.7 Weight: 160 Hair: Brown

4. Address where the party was served: **CT CORPORATION**
   **28 Liberty St**
   **New York, NY 10005**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/21/2024** (2) at *(time):* **10:08 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
POS010-1/44156

| PETITIONER: EWU MEDIA LLC | CASE NUMBER: |
|---|---|
| RESPONDENT: Vobile Inc., a California Corporation, | 2:24-cv-02046 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*          (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
     under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
  a. Name: **Brett Golub - Apex Legal Services**
  b. Address: **611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017**
  c. Telephone number: **(213) 488-1500**
  d. **The fee** for service was: **$ .00**
  e. I am:
   (1) ☑ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server:
      (i) ☐ owner  ☐ employee  ☐ independent contractor.
      (ii) Registration No.: -
      (iii) County: -

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **3/26/2024**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

**Brett Golub**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(SIGNATURE)*