1  SEAN M. SULLIVAN (State Bar No. 229104)
     seansullivan@dwt.com
2  JOEL RICHERT (State Bar No. 327116)
     joelrichert@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
5  Fax: (213) 633-6899

6  Attorneys for Defendant
   A&E TELEVISION NETWORKS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EWU MEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: March 21, 2024<br>Current response date: April 11, 2024<br>New response date: May 13, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |
|---|---|

1 | PLEASE TAKE NOTICE that, pursuant to Local Rule 8-3, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("Defendant") (together, the "Parties") hereby jointly stipulate that Defendant shall have up to and including **May 13, 2024**, to answer, move, or otherwise respond to Plaintiff's Complaint.[1]  No other applicable deadlines have been extended by means of this stipulation.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: April 9, 2024

OMNI LEGAL GROUP
OMID E. KHALIFEH
ARIANA SANTORO
LOUISE JILLIAN PARIS


By: */s/ Omid E. Khalifeh*
Omid E. Khalifeh
Attorneys for Plaintiff
EWU MEDIA LLC

DATED: April 9, 2024

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
JOEL RICHERT


By: */s/ Sean M. Sullivan*
Sean M. Sullivan
Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

---

[1] Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), because May 11, 2024 falls on a Saturday, the time to respond to Plaintiff's Complaint runs until the following Monday, May 13, 2024.

1
JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-3279-3780v.1 0050033-002046

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899