SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

OMID E. KHALIFEH (State Bar No. 267340)
  omid@omnilg.com
ARIANA SANTORO (State Bar No. 300767)
  ariana@omnilg.com
LOUISE JILLIAN PARIS (State Bar No. 347801)
  jilian@imnilg.com
OMNI LEGAL GROUP
2029 Century park E, Suite 438
Los Angeles, California 90067
Telephone: (310) 276-6664
Fax: (310) 305-1550

Attorneys for Plaintiff
EWU MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. **2:24-cv-02046**<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 15 DAYS**<br><br>Complaint served: March 21, 2024<br>Current response date: May 13, 2024<br>New response date: May 28, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("Defendant") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court extend Defendant's time to respond to Plaintiff's Complaint by an additional 15 days, such that Defendant shall have up to and including **May 28, 2024**, to answer, move, or otherwise respond to Plaintiff's Complaint. The Parties represent as follows:

1. On March 13, 2024, Plaintiff filed the above-captioned action for violations of the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(f), intentional interference with prospective economic advantage, and unfair competition, Cal. Bus. & Prof. § 17200.

2. Plaintiff served the Complaint on Defendant on March 21, 2024.

3. Defendant's original response date was April 11, 2024.

4. On April 9, 2024, pursuant to Local Rule 8-3, the Parties filed a joint stipulation to extend Defendant's time to respond to Plaintiff's initial Complaint by not more than 30 days, to May 13, 2024. *See* Doc. 22.

5. The Parties now seek an additional extension of 15 days for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint, from May 13, 2024 to May 28, 2024.

6. Good cause exists for the agreed extension because the Parties wish to explore a potential resolution of this matter, which would conserve the Parties' and the Court's time and resources, and obviate the need for Defendant to answer, move, or otherwise respond to the Complaint.

7. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages — no deadlines have been set by the Court and Plaintiff has not yet served the other defendant in this action. Accordingly, no party will be prejudiced by a further extension.

1

SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND
4867-0479-9932v.2 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

8. Therefore, the Parties hereby stipulate and request that the deadline for Defendant to answer, move, or otherwise respond to the Complaint be extended from May 13, 2024 to May 28, 2024.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: May 8, 2024

OMNI LEGAL GROUP
OMID E. KHALIFEH
ARIANA SANTORO
LOUISE JILLIAN PARIS

By:   /S/ Omid E. Khalifeh
      Omid E. Khalifeh
Attorneys for Plaintiff
EWU MEDIA LLC

DATED: May 8, 2024

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
JOEL RICHERT

By:   /S/ Sean M. Sullivan
      Sean M. Sullivan
Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

2
SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND
4867-0479-9932v.2 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899