**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Omid E. Khalifeh | SBN: 267340 <br> Omni Legal Group <br> 2029 Century Park East Suite 400 Los Angeles, CA 90067 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (310) 276-6664 | FAX NO. | E-MAIL ADDRESS *(Optional):* lara@omnilegalgroup.com | |
| ATTORNEY FOR *(Name):* Plaintiff: EWU MEDIA LLC | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 W. FIRST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF: EWU Media LLC, a Nevada Limited Liability Company | CASE NUMBER: |
|---|---|
| DEFENDANT: Vobile Inc., a California Corporation | 2:24-cv-02046 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> EWU MEDIA LLC |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **(1) Complaint(2) Exhibit to the Complaint(3) Summons - A&E(4) Summons - Vobile(5) Civil Case Cover Sheet(6) Notice of Assignment(7) Notice of Interested Parties(8) Notice re: ADR(9) Notice re: Magistrate Judge**
3. a. Party served *(specify name of party as shown on documents served):*
   **Vobile Inc., a California Corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Yangbin Wang - Registered agent for service**

4. Address where the party was served: **2880 LAKESIDE DR., SUITE 360 SANTA CLARA, CA 95054**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **5/10/2024** at *(time):* **1:57 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **"Jane Doe" - refused to give name**
   **Age: 60 Race: Asian Sex: Female Height: 5' Weight: 110 Hair: Gray**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):* from *(city):* **or** ☑ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/45754**

| | |
|---|---|
| PETITIONER: EWO Media LLC, a Nevada Limited Liability Company | CASE NUMBER: 2:24-cv-02046 |
| RESPONDENT: Vobile Inc., a California Corporation | |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                           (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of *(specify):* **Vobile Inc.**
     under the following Code of Civil Procedure section:
     - ☑ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☐ other:

7. **Person who served papers**
   - a. Name: **Otto Ng - Apex Legal Services**
   - b. Address: **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**
   - c. Telephone number: **(213) 488-1500**
   - d. **The fee** for service was: **$ .00**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner ☐ employee ☑ independent contractor.
       - (ii) Registration No.: **1848**
       - (iii) County: **Santa Clara**

8. ☑ **I declare** under penalty of perjury under the laws of the United States that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/14/2024**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

| Otto Ng | ▶ | *Otto Ng* |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (SIGNATURE) |

| Attorney or Party without Attorney: | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Omid E. Khalifeh, SBN: 267340<br>Omni Legal Group<br>2029 Century Park East  Suite 400<br>Los Angeles, CA 90067<br>TELEPHONE No.: (310) 276-6664 | E-MAIL ADDRESS (Optional): lara@omnilegalgroup.com<br>FAX No. (Optional): | | | |
| Attorney for: Plaintiff EWU MEDIA LLC | Ref No. or File No.:<br>EWU MEDIA LLC | | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: EWU Media LLC, a Nevada Limited Liability Company

Defendant: Vobile Inc., a California Corporation

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:24-cv-02046 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the (1) Complaint(2) Exhibit to the Complaint(3) Summons - A&E(4) Summons - Vobile(5) Civil Case Cover Sheet(6) Notice of Assignment(7) Notice of Interested Parties(8) Notice re: ADR(9) Notice re: Magistrate Judge

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as  follows:

   a. Date of Mailing:            May 13, 2024
   b. Place of Mailing:           Los Angeles, CA
   c. Addressed as follows:       Vobile Inc., a California Corporation
                                  ATTENTION: Yangbin Wang - Registered agent for service
                                  2880 LAKESIDE DR., SUITE 360
                                  SANTA CLARA, CA 95054

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of  business.

Fee for Service: **$ .00**
   County:
   Registration:
   **Apex Legal Services**
   611 Wilshire Boulevard, Ste 700
   Los Angeles, CA 90017
   (213) 488-1500
   Ref: EWU MEDIA LLC

I declare under penalty of perjury under the laws of the The  United States  that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **May 14, 2024**.

Signature: _____
**Edwin Hernandez**

**PROOF OF SERVICE BY MAIL**

Order#: 45754/mailproof