SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
  maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>                          Plaintiff,<br><br>      vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>                          Defendants. | Case No. **2:24-cv-02046**<br><br>**THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: May 28, 2024<br>New response date: July 1, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed:  March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court extend Defendant's time to respond to Plaintiff's Complaint, such that Defendant shall have up to and including **July 1, 2024**, to answer, move, or otherwise respond to Plaintiff's Complaint. The Parties represent as follows:

1. On March 13, 2024, Plaintiff filed the above-captioned action for violations of the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(f), intentional interference with prospective economic advantage, and unfair competition, Cal. Bus. & Prof. § 17200.

2. Plaintiff served the Complaint on AETN on March 21, 2024.

3. AETN's original response date was April 11, 2024.

4. On April 9, 2024, pursuant to Local Rule 8-3, the Parties filed a joint stipulation to extend AETN's time to respond to Plaintiff's initial Complaint by not more than 30 days, to May 13, 2024. *See* Doc. 22.

5. On May 8, 2024, the Parties filed a second joint stipulation to extend AETN's time to respond to Plaintiff's initial Complaint by an additional 15 days, from May 13, 2024 to May 28, 2024, to permit the Parties to explore a potential resolution of this matter. *See* Doc. 23. The Court has not issued an order on that stipulation as of the date of this filing.

6. On May 14, 2024, Plaintiff filed a proof of service on the other defendant in this action, Vobile Inc. ("Vobile") (together with AETN, "Defendants"), which set May 31, 2024, as the deadline for Vobile to respond to Plaintiff's Complaint. *See* Doc. 24.

7. On May 15, 2024, Plaintiff's prior counsel, Omni Legal Group, informed counsel for AETN that McLetchie Law would be taking over as Plaintiff's counsel, and on May 20, 2024, Plaintiff filed a request for approval of substitution

THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND
4878-2090-7968v.2 0052023-000125

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

of counsel naming Magaret A. McLetchie, Esq. of McLetchie Law as Plaintiff's new counsel. *See* Doc. 25.

8.    That same day, May 20, 2024, counsel for Vobile and AETN contacted Plaintiff's new counsel to set a time to discuss the matter and determine the status of any discussions regarding a potential resolution. However, the parties could not find a mutually agreeable date and time to discuss the matter until the week of May 28, 2024, due to pre-planned trips for counsel for Plaintiff and Vobile.

9.    Accordingly, Plaintiff's counsel agreed to grant both Vobile and AETN additional time to respond to the complaint to allow Plaintiff's counsel additional time to discuss potential resolution of this matter with her client and for the parties to jointly discuss potential resolution. Plaintiff's counsel granted Vobile an extension, pursuant to Local Rule 8-3, of 30 days, extending Vobile's time to respond to Plaintiff's initial Complaint, from May 31, 2024 to July 1, 2024, which extension AETN understands will be memorialized via a separate stipulation. In order to permit the parties additional time to discuss a potential resolution and in an effort to align Defendants' response dates, the Parties now seek an additional extension for AETN to answer, move, or otherwise respond to Plaintiff's Complaint, from May 28, 2024 to July 1, 2024, the same date Vobile's response is due.

10.    Good cause exists for the agreed extension because the Parties and Vobile wish to explore a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the Complaint.

11.    The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court and AETN's response date would now align with Vobile's. Accordingly, no party will be prejudiced by a further extension.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

12.     Therefore, the Parties hereby stipulate and request that the deadline for AETN to answer, move, or otherwise respond to the Complaint be extended from May 28, 2024 to July 1, 2024.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: May 22, 2024                    MCLETCHIE LAW
                                       MARGARET A. MCLETCHIE


                                       By:    /S/ Margaret A. McLetchie
                                              Margaret A. McLetchie
                                       Attorneys for Plaintiff
                                       EWU MEDIA LLC


DATED: May 22, 2024                    DAVIS WRIGHT TREMAINE LLP
                                       SEAN M. SULLIVAN
                                       JOEL RICHERT


                                       By:     /S/ Sean M. Sullivan
                                              Sean M. Sullivan
                                       Attorneys for Defendant
                                       A&E TELEVISION NETWORKS LLC

THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND
4878-2090-7968v.2 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine, LLP, 24th Floor, 865 South Figueroa Street, Los Angeles, California  90017-2566.

On May 22, 2024, I served the following document(s):

**1.  THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

**2.  [PROPOSED] ORDER RE: THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

for each addressee named below:

Margaret A. McLetchie
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Email: maggie@nvlitigation.com
Telephone: (702) 728-5300

*Attorneys for Plaintiff*
*EWU MEDIA LLC*

☒ (VIA ELECTRONIC MAIL) – I served a true and correct copy by electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed on May 22, 2024, at Portland, Oregon.

Samantha Ho
Print Name

Signature

THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND
4878-2090-7968v.2 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899