1
2
3
4
5
6
7
8
9
10
11
12
13
14

15 UNITED STATES DISTRICT COURT

16 CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  EWU MEDIA LLC, a Nevada limited liability company, | Case No. **2:24-cv-02046** |
| 19 | **[PROPOSED] ORDER RE: THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| 20                  Plaintiff, | |
| 21         vs. | |
| 22  VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company, | Assigned to the Hon. Frimpong |
| 23 | Action Filed: March 13, 2024 |
| 24                 Defendants. | |

25
26
27
28

[PROPOSED] ORDER
4869-8308-9345v.1 0052023-000125

# ORDER

The Court, having considered the Third Joint Stipulation to Extend Time to Respond to Initial Complaint filed by Plaintiff EWU Media LLC ("Plaintiff") and Defendant A&E Television Networks LLC ("Defendant") HEREBY ORDERS the following:

1. Defendant shall have up to and including July 1, 2024, to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED:

By: _____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

[PROPOSED] ORDER
4869-8308-9345v.1 0052023-000125

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899