UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ARRIOLA on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINO'S PIZZA, LLC, a Michigan Corporation, and Does 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:23-cv-01358-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY AND SCHEDULING CONFERENCE** |

Having considered the Parties' Joint Stipulation to Continue Stay and Scheduling Conference in the above-captioned case, and in consideration of the arguments of counsel and all papers presented to the Court, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED**.

2. The case, including all currently scheduled filing deadlines, are **STAYED** until June 21, 2024.

3. Any party may move at any time to modify or vacate the stay, for good cause shown.

4. The Parties are **DIRECTED** to file a joint status report no later than June 7, 2024, that advises the Court regarding the posture of the case.

5. A Scheduling Conference is **SET** for June 21, 2024, at 11:00 a.m. in Courtroom 9D of the Ronald Regan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated: May 23, 2024

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

-2-
ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY AND SCHEDULING CONFERENCE CASE NO. 8:23-CV-01358-JWH-KES