1  PILLSBURY WINTHROP SHAW PITTMAN LLP
2  DIANNE L. SWEENEY (187198)
   *dianne@pillsburylaw.com*
3  RYAN SELNESS (306369)[1]
   *ryan.selness@pillsburylaw.com*
4  2550 Hanover Street
5  Palo Alto, CA 94304-1115
   Telephone:  650.233.4500
6
7  Attorneys for Defendant VOBILE, INC.
8
   MARGARET A. McLETCHIE (223240)
9  *maggie@nvlitigation.com*
10 McLETCHIE LAW
   500 North State College Boulevard, Suite 1100 PMB 326
11 Orange, California 92868
12 Telephone: (702) 728-5300
13 Attorneys for Plaintiff
14 EWU MEDIA LLC

15              **UNITED STATES DISTRICT COURT**
16
17              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company, | 2:24-cv-02046-MEMF-PD |
| Plaintiff, | **Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3)** |
| vs. | Complaint served: May 10, 2024<br>Current response date: May 31, 2024<br>New response date: July 1, 2024 |
| VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company, | |
| Defendants. | Assigned to:  Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

28  [1] Admission forthcoming.

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No: 2:24-CV-02046-MEMF-PD
4893-3143-9809

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 8-3, Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile") hereby jointly stipulate that Vobile shall have up to and including July 1, 2024, to answer, move, or otherwise respond to Plaintiff's Complaint.[2]  There has been no prior extensions granted to Vobile in this matter and no other applicable deadlines have been extended by means of this stipulation.

Plaintiff served the Complaint on Defendant on May 10, 2024.  Vobile's original response date is May 31, 2024.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.  The parties to this stipulation note that further to Docket Entry No. 25 which was filed on May 20, 2024, counsel for Plaintiff has changed from Omni Legal Group to McLetchie Law.

Dated:  May 29, 2024          McLETCHIE LAW

                              By: /s/ Margaret A. McLetchie
                                  Margaret A. McLetchie,
                                  Attorneys for Plaintiff
                                  EWU MEDIA LLC

Dated:  May 29, 2024          PILLSBURY WINTHROP SHAW PITTMAN LLP

                              By: /s/ Dianne L. Sweeney
                                  Dianne L. Sweeney,
                                  Attorneys for Defendant
                                  VOBILE, INC.

---

[2] Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), because June 30, 2024 falls on a Sunday, the time to respond to Plaintiff's Complaint runs until the following Monday, July 1, 2024.