| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | DIANNE L. SWEENEY (187198) |
| | *dianne@pillsburylaw.com* |
| 3 | RYAN SELNESS (306369)[1] |
| 4 | *ryan.selness@pillsburylaw.com* |
| | 2550 Hanover Street |
| 5 | Palo Alto, CA 94304-1115 |
| 6 | Telephone:  650.233.4500 |
| 7 | Attorneys for Defendant VOBILE, INC. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company, | 2:24-cv-02046-MEMF-PD |
| Plaintiff, | **DEFENDANT VOBILE, INC.'S FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |
| vs. | |
| VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company, | |
| | Assigned to:  Judge Maame Ewusi-Mensah Frimpong |
| Defendants. | Action Filed: March 13, 2024 |

---

[1] Admission forthcoming.

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant, Vobile, Inc., a California corporation ("Vobile"), states that it is a direct wholly owned subsidiary of Vobile Holding, Inc., a Delaware corporation ("Vobile Intermediate"), and an indirect wholly owned subsidiary of Vobile Group Limited, a Cayman Islands company ("Vobile Cayman"), which wholly owns Vobile Intermediate. Vobile Cayman is publicly traded on the Hong Kong Stock Exchange so Vobile is indirectly wholly owned by a publicly traded company as of the date of this filing.

Pursuant to Civil L.R. 7.1-1, and except as otherwise disclosed herein, as of this date, the undersigned, counsel of record for Defendant Vobile, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Vobile Intermediate
- Vobile Cayman

Dated:  June 5, 2024                    PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Dianne L. Sweeney*
    Dianne L. Sweeney

    Attorneys for Defendant
    VOBILE, INC.