|    |    |
|----|----|
| 1  | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2  | DIANNE L. SWEENEY (187198) |
|    | *dianne@pillsburylaw.com* |
| 3  | RYAN SELNESS (306369)[1] |
| 4  | *ryan.selness@pillsburylaw.com* |
|    | 2550 Hanover Street |
| 5  | Palo Alto, CA 94304-1115 |
| 6  | Telephone:  650.233.4500 |
| 7  | Attorneys for Defendant VOBILE, INC. |
| 8  |    |
|    | MARGARET A. McLETCHIE (223240) |
| 9  | *maggie@nvlitigation.com* |
| 10 | McLETCHIE LAW |
|    | 500 North State College Boulevard, Suite 1100 PMB 326 |
| 11 | Orange, California 92868 |
| 12 | Telephone: (702) 728-5300 |
| 13 | Attorneys for Plaintiff |
| 14 | EWU MEDIA LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| EWU MEDIA, LLC, a Nevada limited liability company, | 2:24-cv-02046-MEMF-PD |
|---|---|
| Plaintiff, | **SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | Complaint served: May 10, 2024 |
| VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company, | Current response date: July 1, 2024 |
|  | New response date: August 1, 2024 |
|  | Assigned to:  Judge Maame Ewusi-Mensah Frimpong |
| Defendants. | Action Filed: March 13, 2024 |

---

[1] Admission forthcoming.

-1-

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
4859-9361-3770                                        Case No: 2:24-CV-02046-MEMF-PD

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile") (together, the "Parties") hereby jointly stipulate that Vobile shall have up to and including **August 1, 2024**, to answer, move, or otherwise respond to Plaintiff's Complaint. The Parties represent as follows:

1. Plaintiff served the Complaint on Vobile on May 10, 2024. Vobile's original response date was May 31, 2024.

2. On May 29, 2024, pursuant to Local Rule 8-3, Vobile filed a Stipulation to Extend time to Respond to Initial Complaint by not more than 30 days, extending Vobile's response date to July 1, 2024.

3. Plaintiff and Defendants in this action wish to explore, and are current exploring, a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for Defendant Vobile to answer, move, or otherwise respond to the Complaint.

4. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court and no party will be prejudiced by a further extension.

5. Therefore, the Parties hereby stipulate and request that the deadline for Vobile to answer, move, or otherwise respond to the Complaint be extended from July 1, 2024 to **August 1, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 21, 2024         McLETCHIE LAW

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie,
Attorneys for Plaintiff
EWU MEDIA LLC

| | | |
|---|---|---|
| 1 | Dated: June 21, 2024 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | |
| 3 | | By: */s/ Dianne L. Sweeney* |
| 4 | | Dianne L. Sweeney, |
| | | Attorneys for Defendant |
| 5 | | VOBILE, INC. |