UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>                  Plaintiff,<br><br>  vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>                  Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**ORDER RE: FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [ECF NO. 32]**<br><br>Action Filed:  March 13, 2024 |

# ORDER

The Court, having considered the Fourth Joint Stipulation to Extend Time to Respond to Initial Complaint filed by Plaintiff EWU Media LLC ("Plaintiff") and Defendant A&E Television Networks LLC ("Defendant") HEREBY ORDERS the following:

1. Defendant shall have up to and including August 1, 2024, to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: July 15, 2024

By: _____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

1