SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
  maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>  vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: August 1, 2024<br>New response date: August 16, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court extend Defendant's time to respond to Plaintiff's Complaint, such that Defendant shall have up to and including **August 16, 2024**, to answer, move, or otherwise respond to Plaintiff's Complaint. The Parties represent as follows:

1. On March 13, 2024, Plaintiff filed the above-captioned action for violations of the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(f), intentional interference with prospective economic advantage, and unfair competition, Cal. Bus. & Prof. § 17200.

2. Plaintiff served the Complaint on AETN on March 21, 2024.

3. AETN's original response date was April 11, 2024.

4. On April 9, 2024, pursuant to Local Rule 8-3, the Parties filed a joint stipulation to extend AETN's time to respond to Plaintiff's initial Complaint by not more than 30 days, to May 13, 2024. *See* Doc. 22.

5. On May 8, 2024, the Parties filed a second joint stipulation to extend AETN's time to respond to Plaintiff's initial Complaint by an additional 15 days, from May 13, 2024 to May 28, 2024, to permit the Parties to explore a potential resolution of this matter. *See* Doc. 23.

6. On May 14, 2024, Plaintiff filed a proof of service on the other defendant in this action, Vobile Inc. ("Vobile") (together with AETN, "Defendants"), which set May 31, 2024, as the deadline for Vobile to respond to Plaintiff's Complaint. *See* Doc. 24.

7. On May 22, 2024, after Plaintiff substituted in new counsel, the Parties filed a third joint stipulation to extend AETN's time to respond to Plaintiff's initial Complaint to July 1, 2024, to align AETN's deadline to respond with Vobile's and

1
FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-0213-5251v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to allow the Parties time to explore a potential resolution of this matter, which stipulation was granted on May 28, 2024. *See* Docs. 26, 28.

8. On June 21, 2024, Plaintiff and Vobile filed a second joint stipulation to extend Vobile's time to respond of Plaintiff's initial Complaint, from July 1, 2024 to August 1, 2024, to provide Vobile additional time to explore a potential resolution of this matter. *See* Doc. 31.

9. On June 24, 2024, Plaintiff and AETN likewise filed a fourth joint stipulation to extend AETN's time to respond to Plaintiff's initial Complaint to August 1, 2024, to align AETN's deadline to respond with Vobile's and allow the Parties additional time to discuss a potential resolution of this matter, which stipulation was granted on July 15, 2024. *See* Docs. 32, 33.

10. Following approval of the Parties' fourth stipulation, the Parties and Vobile have continued to engage in settlement discussions. Plaintiff has made an initial settlement demand and AETN has responded with a counteroffer.

11. To permit Plaintiff additional time to consider AETN's counteroffer and allow the Parties to continue to discuss a potential resolution, the Parties now seek an additional brief extension for AETN to answer, move, or otherwise respond to Plaintiff's Complaint, from August 1, 2024 to August 16, 2024.

12. Good cause exists for the agreed extension because the Parties and Vobile wish to explore, and are currently exploring, a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the Complaint.

13. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court. Accordingly, no party will be prejudiced by a further extension.

2
FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-0213-5251v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14. Therefore, the Parties hereby stipulate and request that the deadline for AETN to answer, move, or otherwise respond to the Complaint be extended from August 1, 2024 to August 16, 2024.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: July 25, 2024               MCLETCHIE LAW
                                   MARGARET A. MCLETCHIE


                                   By: /s/ Margaret A. McLetchie
                                       Margaret A. McLetchie
                                   Attorneys for Plaintiff
                                   EWU MEDIA LLC

DATED: July 25, 2024               DAVIS WRIGHT TREMAINE LLP
                                   SEAN M. SULLIVAN
                                   JOEL RICHERT


                                   By:     /S/ Sean M. Sullivan
                                           Sean M. Sullivan
                                   Attorneys for Defendant
                                   A&E TELEVISION NETWORKS LLC

3

FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-0213-5251v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, 24th Floor, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On July 25, 2024, I served the following document(s):

1. **FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

2. **[PROPOSED] ORDER RE: FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

for each addressee named below:

Margaret A. McLetchie
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Email: maggie@nvlitigation.com
Telephone: (702) 728-5300

*Attorneys for Plaintiff*
*EWU MEDIA LLC*

☒ (VIA ELECTRONIC MAIL) – I served a true and correct copy by electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on July 25, 2024, at Portland, Oregon.

Samantha Ho
Print Name            Signature

4
FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-0213-5251v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899