1  PILLSBURY WINTHROP SHAW PITTMAN LLP
2  DIANNE L. SWEENEY (187198)
   *dianne@pillsburylaw.com*
3  RYAN SELNESS (306369)
   *ryan.selness@pillsburylaw.com*
4  2550 Hanover Street
5  Palo Alto, CA 94304-1115
   Telephone:  650.233.4500
6
7  Attorneys for Defendant VOBILE, INC.

8  MARGARET A. McLETCHIE (223240)
9  *maggie@nvlitigation.com*
   McLETCHIE LAW
10 500 North State College Boulevard, Suite 1100 PMB 326
11 Orange, California 92868
   Telephone: (702) 728-5300
12
13 Attorneys for Plaintiff
   EWU MEDIA LLC
14

15               **UNITED STATES DISTRICT COURT**

16               **CENTRAL DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18 EWU MEDIA, LLC, a Nevada limited<br>19 liability company,<br><br>20        Plaintiff,<br><br>21    vs.<br>22<br>23 VOBILE, INC. a California corporation,<br>and A&E TELEVISION NETWORKS,<br>24 LLC, a Delaware limited liability<br>company,<br>25<br>26       Defendants.<br>27 | 2:24-cv-02046-MEMF-PD<br><br>**THIRD STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: May 10, 2024<br>Current response date: August 1, 2024<br>New response date: August 16, 2024<br><br>Assigned to:  Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

28

-1-

1    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

2  6(b), Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile")

3  (together, the "Parties") hereby jointly stipulate that Vobile shall have up to and

4  including **August 16, 2024** to answer, move, or otherwise respond to Plaintiff's

5  Complaint, and that if Plaintiff amends its Complaint on or before August 16, 2024,

6  then Vobile shall have up to and including **September 17, 2024** to answer, move, or

7  otherwise respond to such amended complaint.  The Parties represent as follows:

8    1.    Plaintiff served the Complaint on Vobile on May 10, 2024.  Vobile's

9  original response date was May 31, 2024.

10    2.    On May 29, 2024, pursuant to Local Rule 8-3, Vobile filed a Stipulation

11  to Extend time to Respond to Initial Complaint by not more than 30 days, extending

12  Vobile's response date to July 1, 2024.

13    3.    On June 21, 2024, pursuant to Federal Rule of Civil Procedure 6(b),

14  Vobile filed a Second Joint Stipulation to Extend Time to Respond to Initial

15  Complaint, extending Vobile's response date to August 1, 2024.

16    4.    Plaintiff and A&E Television Networks, LLC ("A&E" and collectively

17  with Vobile, "Defendants") have agreed to various stipulations regarding A&E's

18  deadline to answer, move, or otherwise respond to Plaintiff's Complaint, which are

19  described in the Fifth Joint Stipulation to Extend Time to Respond to Initial

20  Complaint, the most recent such stipulation between Plaintiff and A&E.  Dkt. No. 34.

21    5.    Plaintiff and Defendants have continued to engage in settlement

22  discussions.  Plaintiff has made an initial settlement demand, and Defendants have

23  responded with a counteroffer.

24    6.    To permit Plaintiff additional time to consider Defendants' counteroffer

25  and allow the Parties to continue to discuss a potential resolution, the Parties now seek

26  an additional brief extension for Vobile to answer, move, or otherwise respond to

27  Plaintiff's Complaint, from August 1, 2024 to August 16, 2024.

28    7.    Notwithstanding the ongoing settlement discussions and due to the

-2-

impending meet-and-confer deadline for motions under Local Rule 7-3, Vobile

requested Plaintiff's availability pursuant to Local Rule 7-3 to meet and confer

regarding Vobile's proposed motion to dismiss under Federal Rule of Civil Procedure

12(b)(6) and motion to strike under California Code of Civil Procedure section

425.16, and the Parties agreed to meet and confer on or about July 29, 2024.  The

Parties agree that if Plaintiff files an amended complaint on or before August 16,

2024[1], then Vobile may answer, move, or otherwise respond to that amended

complaint by September 17, 2024.

8.    The agreed extension(s) would not unnecessarily delay this matter

because the case is still in its initial stages, no deadlines have been set by the Court,

and no party will be prejudiced by a further extension.

9.    Therefore, the Parties hereby stipulate and request that: (a) the deadline

for Vobile to answer, move, or otherwise respond to Plaintiff's complaint be extended

from August 1, 2024 to **August 16, 2024**; and (b) if Plaintiff files an amended

complaint on or before August 16, 2024, then the deadline for Vobile to answer,

move, or otherwise respond to such amended complaint will be **September 17, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the

filing's content and have authorized the filing.

Dated: July 26, 2024            McLETCHIE LAW

By: */s/ Margaret A. McLetchie*
      Margaret A. McLetchie,
      Attorneys for Plaintiff
      EWU MEDIA LLC

Dated:  July 26, 2024           PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Dianne L. Sweeney*
      Dianne L. Sweeney
      Attorneys for Defendant
      VOBILE, INC.

---

[1] Nothing in this stipulation shall be deemed to shorten or limit EWU's ability to
amend or seek leave to amend.

THIRD STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO INITIAL COMPLAINT
4872-1523-6051                                                          Case No: 2:24-CV-02046-MEMF-PD