|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EWU MEDIA LLC, a Nevada limited liability company, | Case No. **2:24-cv-02046-MEMF-PD** |
|---|---|
| Plaintiff, | **ORDER RE: FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [ECF NO. 34]** |
| vs. | |
| VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company, | Assigned to the Hon. Frimpong |
| | Action Filed: March 13, 2024 |
| Defendants. | |

# ORDER

The Court, having considered the Fifth Joint Stipulation to Extend Time to Respond to Initial Complaint filed by Plaintiff EWU Media LLC ("Plaintiff") and Defendant A&E Television Networks LLC ("Defendant") HEREBY ORDERS the following:

1. Defendant shall have up to and including August 16, 2024, to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: August 2, 2024

By: _____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge