SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
  maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: August 16, 2024<br>New response date: August 30, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court extend Defendant's time to respond to Plaintiff's Complaint, such that Defendant shall have up to and including **August 30, 2024**, to answer, move, or otherwise respond to Plaintiff's Complaint. The Parties represent as follows:

1. Plaintiff served the Complaint on AETN on March 21, 2024, and the Parties have entered into five prior joint stipulations to extend the time for AETN to respond to the Complaint to permit the Parties to discuss a potential resolution of this case and to align AETN's response date with that of the other defendant in this action, Vobile Inc. ("Vobile"). *See* Doc. 22, 23, 24, 26, 28, 32, 33, 34, 35.

2. Following approval of the Parties' fifth stipulation, the Parties and Vobile have continued to engage in settlement discussions. Plaintiff made an initial settlement demand and AETN responded with a counteroffer. However, due to the sudden passing of a family member of counsel for Plaintiff, counsel for the Parties were unable to continue those discussions until the week of August 12, 2024.

3. To permit Plaintiff additional time to consider AETN's counteroffer and allow the Parties to continue to discuss a potential resolution, the Parties now seek an additional brief extension for AETN to answer, move, or otherwise respond to Plaintiff's Complaint, from August 16, 2024 to August 30, 2024.

4. Good cause exists for the agreed extension because the Parties and Vobile wish to explore, and are currently exploring, a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the Complaint.

1
SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4861-7650-7350v.2 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court. Accordingly, no party will be prejudiced by a further extension.

6. Therefore, the Parties hereby stipulate and request that the deadline for AETN to answer, move, or otherwise respond to the Complaint be extended from August 16, 2024 to August 30, 2024.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: August 13, 2024

McLETCHIE LAW
MARGARET A. MCLETCHIE

By: /s/ Margaret A. McLetchie
    Margaret A. McLetchie
    Attorneys for Plaintiff
    EWU MEDIA LLC

DATED: August 13, 2024

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
JOEL RICHERT

By: /S/ Sean M. Sullivan
    Sean M. Sullivan
    Attorneys for Defendant
    A&E TELEVISION NETWORKS LLC

2
SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4861-7650-7350v.2 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, 24th Floor, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On August 13, 2024, I served the following document(s):

1. **SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

2. **[PROPOSED] ORDER RE: SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

for each addressee named below:

Margaret A. McLetchie
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Email: maggie@nvlitigation.com
Telephone: (702) 728-5300

*Attorneys for Plaintiff*
*EWU MEDIA LLC*

☒ (VIA ELECTRONIC MAIL) – I served a true and correct copy by electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on August 13, 2024, at Portland, Oregon.

| Samantha Ho | *[Signature]* |
|---|---|
| Print Name | Signature |

3
SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4861-7650-7350v.2 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899