PILLSBURY WINTHROP SHAW PITTMAN LLP
DIANNE L. SWEENEY (187198)
*dianne@pillsburylaw.com*
RYAN SELNESS (306369)
*ryan.selness@pillsburylaw.com*
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:  650.233.4500

Attorneys for Defendant VOBILE, INC.

MARGARET A. McLETCHIE (223240)
*maggie@nvlitigation.com*
McLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**FOURTH STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: May 10, 2024<br>Current response date: August 16, 2024<br>New response date: August 30, 2024<br><br>Assigned to:  Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile") (together, the "Parties") hereby jointly stipulate that Vobile shall have up to and including **August 30, 2024** to answer, move, or otherwise respond to Plaintiff's Complaint, and that if Plaintiff amends its Complaint on or before August 30, 2024, then Vobile shall have up to and including **October 1, 2024** to answer, move, or otherwise respond to such amended complaint. The Parties represent as follows:

1. Plaintiff served the Complaint on Vobile on May 10, 2024. Vobile's original response date was May 31, 2024.

2. On May 29, 2024, pursuant to Local Rule 8-3, Vobile filed a Stipulation to Extend time to Respond to Initial Complaint by not more than 30 days, extending Vobile's response date to July 1, 2024.

3. On June 21, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Second Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 1, 2024.

4. On July 26, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Third Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 16, 2024.

5. Plaintiff and A&E Television Networks, LLC ("A&E" and collectively with Vobile, "Defendants") have agreed to various stipulations regarding A&E's deadline to answer, move, or otherwise respond to Plaintiff's Complaint, which are described in the Sixth Joint Stipulation to Extend Time to Respond to Initial Complaint, the most recent such stipulation between Plaintiff and A&E. Dkt. No. 38.

6. Plaintiff and Defendants have continued to engage in settlement discussions. Plaintiff has made an initial settlement demand, and Defendants have responded with a counteroffer.

7. In light of the passing of a family member of counsel for Plaintiff, and in order to permit Plaintiff additional time to consider Defendants' counteroffer and

allow the Parties to continue to discuss a potential resolution, the Parties now seek an additional brief extension for Vobile to answer, move, or otherwise respond to Plaintiff's Complaint, from August 16, 2024 to August 30, 2024.

8. Notwithstanding the ongoing settlement discussions and due to the impending meet-and-confer deadline for motions under Local Rule 7-3, Vobile requested Plaintiff's availability pursuant to Local Rule 7-3 to meet and confer regarding Vobile's proposed motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and motion to strike under California Code of Civil Procedure section 425.16, and the Parties agreed to meet and confer on or about July 29, 2024. The Parties agree that if Plaintiff files an amended complaint on or before August 30, 2024[1], then Vobile may answer, move, or otherwise respond to that amended complaint by October 1, 2024.

9. The agreed extension(s) would not unnecessarily delay this matter because the case is still in its initial stages, no deadlines have been set by the Court, and no party will be prejudiced by a further extension.

10. Therefore, the Parties hereby stipulate and request that: (a) the deadline for Vobile to answer, move, or otherwise respond to Plaintiff's complaint be extended from August 16, 2024 to **August 30, 2024**; and (b) if Plaintiff files an amended complaint on or before August 30, 2024, then the deadline for Vobile to answer, move, or otherwise respond to such amended complaint will be **October 1, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 15, 2024      McLETCHIE LAW

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie,
Attorneys for Plaintiff
EWU MEDIA LLC

---

[1] Nothing in this stipulation shall be deemed to shorten or limit EWU's ability to amend or seek leave to amend.

Dated: August 15, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _/s/ Dianne L. Sweeney_
    Dianne L. Sweeney
    Attorneys for Defendant
    VOBILE, INC.