# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>  Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**[PROPOSED] ORDER RE: FOURTH STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: May 10, 2024<br>New response date: August 30, 2024<br><br>Assigned to: Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

-2-

  The Court, having considered the Third Stipulation to Extend Vobile's Time to Respond to Initial Complaint filed by Plaintiff EWU Media LLC ("Plaintiff") and Defendant Vobile Inc. ("Defendant"), and good cause appearing therefor, HEREBY ORDERS the following:

  1. Vobile shall have up to and including August 30, 2024 to answer, move, or otherwise respond to Plaintiff's complaint.

  2. If Plaintiff files an amended complaint on or before August 30, 2024, then Vobile shall have up to and including October 1, 2024 to answer, move, or otherwise respond to Plaintiff's amended complaint.

  3. Nothing in this stipulation shall be deemed to shorten or limit EWU's ability to amend or seek leave to amend.

  **IT IS SO ORDERED.**

Dated: _____

              Hon. Maame Ewusi-Mensah Frimpong
              United States District Judge