| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | DIANNE L. SWEENEY (187198) |
|   | *dianne@pillsburylaw.com* |
| 3 | RYAN SELNESS (306369) |
| 4 | *ryan.selness@pillsburylaw.com* |
|   | 2550 Hanover Street |
| 5 | Palo Alto, CA 94304-1115 |
| 6 | Telephone: 650.233.4500 |
| 7 | Attorneys for Defendant VOBILE, INC. |
| 8 | |
|   | MARGARET A. McLETCHIE (223240) |
| 9 | *maggie@nvlitigation.com* |
| 10 | McLETCHIE LAW |
|    | 500 North State College Boulevard, Suite 1100 PMB 326 |
| 11 | Orange, California 92868 |
| 12 | Telephone: (702) 728-5300 |
| 13 | Attorneys for Plaintiff |
| 14 | EWU MEDIA LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company, | 2:24-cv-02046-MEMF-PD |
| Plaintiff, | **STIPULATION RE AMENDED COMPLAINT AND EXTENSION OF VOBILE'S TIME TO RESPOND TO AMENDED COMPLAINT** |
| vs. | |
| VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company, | Complaint served: May 10, 2024<br>Amended complaint date: September 10, 2024<br>New response date: October 10, 2024 |
| Defendants. | Assigned to: Judge Maame Ewusi-Mensah Frimpong |
| | Action Filed: March 13, 2024 |

-1-

STIPULATION RE DEADLINES RE AMENDED COMPLAINT
Case No: 2:24-CV-02046-MEMF-PD

4890-4111-8939

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile") (together, the "Parties") hereby jointly stipulate that Plaintiff will file an amended complaint on or before **September 10, 2024**, and that Vobile shall have up to and including **October 10, 2024** to answer, move, or otherwise respond to such amended complaint.  The Parties represent as follows:

1. Plaintiff served the Complaint on Vobile on May 10, 2024.  Vobile's original response date was May 31, 2024.

2. On May 29, 2024, pursuant to Local Rule 8-3, Vobile filed a Stipulation to Extend time to Respond to Initial Complaint by not more than 30 days, extending Vobile's response date to July 1, 2024.

3. On June 21, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Second Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 1, 2024.

4. On July 26, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Third Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 16, 2024.

5. On August 15, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Fourth Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 30, 2024.  Dkt. No. 39.

6. Plaintiff and A&E Television Networks, LLC ("A&E" and collectively with Vobile, "Defendants") have agreed to various stipulations regarding A&E's deadline to answer, move, or otherwise respond to Plaintiff's Complaint, which are described in the Sixth Joint Stipulation to Extend Time to Respond to Initial Complaint, the most recent such stipulation between Plaintiff and A&E.  Dkt. No. 38.

7. Plaintiff and Defendants have continued to engage in settlement discussions.  Plaintiff has made an initial settlement demand, Defendants have responded with a counteroffer, and Plaintiff has further responded with a counteroffer.

8. While the Parties continue to actively work on settlement, the process has taken longer than expected due to scheduling constraints of Plaintiff's counsel, who recently lost her mother and has been out of the office as a result and addressing issues regarding her late mother's estate.

9. Notwithstanding the ongoing settlement discussions and Plaintiff's counsel's schedule, due to the impending meet-and-confer deadline for motions under Local Rule 7-3, the Parties met and conferred on August 22, 2024 regarding Vobile's proposed motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and motion to strike under California Code of Civil Procedure section 425.16. During the Parties' meet-and-confer, Plaintiff agreed to file an amended complaint.

10. In light of the Parties' meet-and-confer and the passing of a family member of counsel for Plaintiff, and in order to permit Vobile additional time to consider Plaintiff's counteroffer and allow the Parties to continue to discuss a potential resolution and in light of Ms. McLetchie's unanticipated scheduling limitations, the Parties now seek to establish a schedule for Plaintiff to file an amended complaint and provide a brief extension of the time for Vobile to answer, move, or otherwise respond to Plaintiff's forthcoming amended complaint. Specifically, Plaintiff will file an amended complaint on or before September 10, 2024, and Vobile's deadline to answer, move, or otherwise respond to Plaintiff's forthcoming amended complaint will be October 10, 2024 (which, if Plaintiff files its amended complaint on September 10, 2024, would extend Vobile's deadline to answer, move, or otherwise respond from September 24, 2024).

11. The agreed extension(s) would not unnecessarily delay this matter because the case is still in its initial stages, no deadlines have been set by the Court, and no party will be prejudiced by a further extension.

12. Therefore, the Parties hereby stipulate and request that: (a) Plaintiff will file an amended complaint on or before **September 10, 2024**; and (b) Vobile's

1 deadline to answer, move, or otherwise respond to such amended complaint will be
2 **October 10, 2024**.

3      All signatures listed, and on whose behalf the filing is submitted, concur in the
4 filing's content and have authorized the filing.

5 Dated:  August 23, 2024     McLETCHIE LAW

6                                            By: */s/ Margaret A. McLetchie*
7                                                 Margaret A. McLetchie,
8                                                 Attorneys for Plaintiff
9                                                 EWU MEDIA LLC

10 Dated:  August 23, 2024     PILLSBURY WINTHROP SHAW PITTMAN LLP

11                                            By:  */s/ Dianne L. Sweeney*
12                                                Dianne L. Sweeney
13                                                Ryan Selness
14                                                Attorneys for Defendant
                                               VOBILE, INC.

15
16
17
18
19
20
21
22
23
24
25
26
27
28