# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**[PROPOSED] ORDER RE: STIPULATION RE AMENDED COMPLAINT AND EXTENSION OF VOBILE'S TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Complaint served: May 10, 2024<br>Amended complaint date: September 10, 2024<br>New response date: October 10, 2024<br><br>Assigned to:  Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

-2-

1  The Court, having considered the Stipulation Re Amended Complaint and Extension of Vobile's Time to Respond to Amended Complaint filed by Plaintiff EWU Media LLC ("Plaintiff") and Defendant Vobile Inc. ("Defendant"), and good cause appearing therefor, HEREBY ORDERS the following:

    1.    Plaintiff will file an amended complaint on or before September 10, 2024.

    2.    Upon Plaintiff's filing of the amended complaint, Vobile will have up to and including October 10, 2024 to answer, move, or otherwise respond to Plaintiff's amended complaint.

**IT IS SO ORDERED.**

Dated: _____

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge