SEAN M. SULLIVAN (State Bar No. 229104)
 seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
 joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
 maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br><br> vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**SEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: August 30, 2024<br>New response date: October 10, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court set and extend AETN's time to respond to Plaintiff's forthcoming amended complaint, such that AETN shall have up to and including **October 10, 2024**, to answer, move, or otherwise respond to such amended complaint. The Parties represent as follows:

1. Plaintiff served the Complaint on AETN on March 21, 2024, and the Parties have entered into six prior joint stipulations to extend the time for AETN to respond to the Complaint to permit the Parties to discuss a potential resolution of this case and to align AETN's response date with that of the other defendant in this action, Vobile Inc. ("Vobile"). *See* Doc. 22, 23, 24, 26, 28, 32, 33, 34, 35, 39.

2. Following approval of the Parties' sixth stipulation, the Parties and Vobile have continued to engage in settlement discussions. Plaintiff has made an initial settlement demand, Defendants have responded with a counteroffer, and Plaintiff has further responded with a counteroffer.

3. On August 23, 2024, in part due to unanticipated scheduling constraints of Plaintiff's counsel, who recently lost her mother and has been out of the office as a result and addressing issues regarding her late mother's estate, Plaintiff and Vobile filed a stipulation seeking to establish a schedule for Plaintiff to file an amended complaint, and requesting that: (a) Plaintiff will file an amended complaint on or before September 10, 2024; and (b) Vobile's deadline to answer, move, or otherwise respond to such amended complaint will be October 10, 2024 (which, if Plaintiff files its amended complaint on September 10, 2024, would extend Vobile's deadline to answer, move, or otherwise respond from September 24, 2024). *See* Doc 42.

4. To permit AETN additional time to analyze Plaintiff's recent counteroffer and discuss a potential resolution, as well as to align Defendants'

1
SEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4878-5602-4030v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

response dates, the Parties now seek a similar extension for AETN to answer, move, or otherwise respond to Plaintiff's forthcoming amended complaint.

5. Good cause exists for the agreed extension because the Parties and Vobile wish to explore, and are currently exploring, a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the Complaint or forthcoming amended complaint.

6. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court. Accordingly, no party will be prejudiced by a further extension.

7. Therefore, the Parties hereby stipulate and request that AETN's deadline to answer, move, or otherwise respond to Plaintiff's forthcoming amended complaint be extended to **October 10, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: August 30, 2024

McLETCHIE LAW
MARGARET A. MCLETCHIE


By: /s/ Margaret A. McLetchie
Margaret A. McLetchie
Attorneys for Plaintiff
EWU MEDIA LLC

DATED: August 30, 2024

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
JOEL RICHERT


By:   /s/ Sean M. Sullivan
Sean M. Sullivan
Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

2
SEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4878-5602-4030v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, 24th Floor, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On August 30, 2024, I served the following document(s):

1. **SEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

2. **[PROPOSED] ORDER RE: SEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

for each addressee named below:

Margaret A. McLetchie
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Email: maggie@nvlitigation.com
Telephone: (702) 728-5300

*Attorneys for Plaintiff*
*EWU MEDIA LLC*

☒ (VIA ELECTRONIC MAIL) – I served a true and correct copy by electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on August 30, 2024, at Portland, Oregon.

| Samantha Ho | *[Signature]* |
|---|---|
| Print Name | Signature |

3
SEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4878-5602-4030v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899