MARGARET A. McLETCHIE (223240)
maggie@nvlitigation.com
McLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300
*Attorneys for Plaintiff EWU MEDIA LLC*

PILLSBURY WINTHROP SHAW PITTMAN LLP
DIANNE L. SWEENEY (187198)
dianne@pillsburylaw.com
RYAN SELNESS (306369)
ryan.selness@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: 650.233.4500
*Attorneys for Defendant VOBILE, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**SECOND JOINT STIPULATION RE AMENDED COMPLAINT AND EXTENSION OF VOBILE'S TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Complaint served: May 10, 2024<br><br>Amended complaint date: September 17, 2024<br>New response date: October 17, 2024<br><br>Assigned to: Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile") (together, the "Parties") hereby jointly stipulate that Plaintiff will file an amended complaint on or before **September 17, 2024**, and that Vobile shall have up to and including **October 17, 2024** to answer, move, or otherwise respond to such amended complaint. The Parties represent as follows:

1. Plaintiff served the Complaint on Vobile on May 10, 2024. Vobile's original response date was May 31, 2024.

2. On May 29, 2024, pursuant to Local Rule 8-3, Vobile filed a Stipulation to Extend time to Respond to Initial Complaint by not more than 30 days, extending Vobile's response date to July 1, 2024.

3. On June 21, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Second Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 1, 2024.

4. On July 26, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Third Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 16, 2024.

5. On August 15, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Fourth Joint Stipulation to Extend Time to Respond to Initial Complaint, extending Vobile's response date to August 30, 2024. Dkt. No. 39.

6. On August 22, 2024, the parties met and conferred regarding Vobile's proposed motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and motion to strike under California Code of Civil Procedure section 425.16. During the Parties' meet-and-confer, Plaintiff agreed to file an amended complaint.

7. On August 23, 2024, pursuant to Federal Rule of Civil Procedure 6(b), Vobile filed a Joint Stipulation re Amended Complaint and Extension of Vobile's Time to Respond to Amended Complaint, scheduling September 10, 2024 as the deadline for Plaintiff to submit an amended complaint and October 10, 2024 as the deadline for

1  Vobile to answer, move, or otherwise respond to the amended complaint.

2        8.    Plaintiff and A&E Television Networks, LLC ("A&E" and collectively with Vobile, "Defendants") have agreed to various stipulations regarding A&E's deadline to answer, move, or otherwise respond to Plaintiff's Complaint, which are described in the Stipulation re Amended Complaint and Extension of Vobile's Time to Respond to Amended Complaint (Dkt. No. 42) and Seventh Stipulation for Extension of Time to File Answer. Dkt. No. 43.

      9.    Plaintiff and Defendants have continued to engage in settlement discussions. Plaintiff has made an initial settlement demand, Defendants have responded with a counteroffer, and Plaintiff has further responded with a counteroffer.

      10.    The parties again met and conferred on September 9, 2024, where Defendants proposed another counteroffer.

      11.    While the Parties continue to actively work on settlement, the process has taken longer than expected due to scheduling constraints of Plaintiff's counsel, who recently lost her mother and has been out of the office as a result and addressing issues regarding her late mother's estate.

      12.    In light of the Parties' meet-and-confer, and in order to permit Plaintiff additional time to consider Defendants' counteroffer and allow the Parties to continue to discuss a potential resolution, and in light of Ms. McLetchie's unanticipated scheduling limitations, the Parties now seek to briefly extend, by one week, the deadline for Plaintiff to file an amended complaint and provide a reciprocal extension of the time for Vobile to answer, move, or otherwise respond to Plaintiff's forthcoming amended complaint. Specifically, Plaintiff will file an amended complaint on or before September 17, 2024, and Vobile's deadline to answer, move, or otherwise respond to Plaintiff's forthcoming amended complaint will be October 17, 2024 (which, if Plaintiff files its amended complaint on September 17, 2024, would extend Vobile's deadline to answer, move, or otherwise respond to October 17, 2024). In the event that the expected amended complaint is not filed as anticipated, Vobile's deadline to answer, move, or

1  otherwise respond to Plaintiff's existing complaint will also be October 17, 2024.

2      13.    The agreed extension(s) would not unnecessarily delay this matter because the case is still in its initial stages, no deadlines have been set by the Court, and no party will be prejudiced by a further extension.

    14.    Therefore, the Parties hereby stipulate and request that: (a) Plaintiff will file an amended complaint on or before **September 17, 2024**; (b) Vobile's deadline to answer, move, or otherwise respond to such amended complaint will be **October 17, 2024**; and (c), in the abundance of caution, in the event that the expected amended complaint is not filed as anticipated, Vobile's deadline to answer, move, or otherwise respond to Plaintiff's existing complaint will also be **October 17, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 11, 2024    McLETCHIE LAW

    By:   */s/ Margaret A. McLetchie*
        Margaret A. McLetchie,
        Attorneys for Plaintiff
        EWU MEDIA LLC

Dated: September 11, 2024    PILLSBURY WINTHROP SHAW PITTMAN LLP

    By:   */s/ Dianne L. Sweeney*
        Dianne L. Sweeney
        Attorneys for Defendant
        VOBILE, INC.