SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
  maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>  vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: October 10, 2024<br>New response date: October 17, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court set and extend AETN's time to respond to Plaintiff's First Amended Complaint, such that AETN shall have up to and including **October 17, 2024**, to answer, move, or otherwise respond to such amended complaint. The Parties represent as follows:

1. Plaintiff served the initial Complaint on AETN on March 21, 2024, and the Parties have entered into seven prior joint stipulations to extend the time for AETN to respond to the Complaint to permit the Parties to discuss a potential resolution of this case and to align AETN's response date with that of the other defendant in this action, Vobile Inc. ("Vobile"). *See* Doc. 22, 23, 24, 26, 28, 32, 33, 34, 35, 39, 43.

2. On August 23, 2024, Plaintiff and Vobile filed a stipulation seeking to establish a schedule for Plaintiff to file an amended complaint. *See* Doc. 42. On September 11, 2024, Plaintiff and Vobile filed a second stipulation revising the schedule for Plaintiff to file an amended complaint and requesting that: (a) Plaintiff will file an amended complaint on or before September 17, 2024; and (b) Vobile's deadline to answer, move, or otherwise respond to such amended complaint will be October 17, 2024 (which would extend Vobile's deadline to answer, move, or otherwise respond from October 5, 2024). *See* Doc 44.

3. The Court entered an order granting Plaintiff and Vobile's second joint stipulation on September 12, 2024. Doc. 46. Thereafter, on September 17, 2024, Plaintiff filed a First Amended Complaint. Doc. 47.

4. Following approval of the Parties' seventh stipulation, the Parties and Vobile have continued to engage in settlement discussions, exchanging multiple offers and counteroffers. Additionally, at Defendants' request, Plaintiff has

1

EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4880-1366-7309v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

provided a calculation of estimated damages suffered as a result of Defendants' alleged conduct.

5. To permit AETN additional time to analyze Plaintiff's recent damages calculation and discuss a potential resolution, as well as to align Defendants' response dates, the Parties now seek an additional extension for AETN to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

6. Good cause exists for the agreed extension because the Parties and Vobile wish to explore, and are currently exploring, a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the First Amended Complaint.

7. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court. Accordingly, no party will be prejudiced by a further extension.

8. Therefore, the Parties hereby stipulate and request that AETN's deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint be extended to **October 17, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

2

EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4880-1366-7309v.1 0052023-000125

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: October 9, 2024 | MCLETCHIE LAW<br>MARGARET A. MCLETCHIE |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Margaret A. McLetchie<br>      Margaret A. McLetchie |
| 5 | | Attorneys for Plaintiff<br>EWU MEDIA LLC |
| 6 | | |
| 7 | DATED: October 9, 2024 | DAVIS WRIGHT TREMAINE LLP<br>SEAN M. SULLIVAN<br>JOEL RICHERT |
| 8 | | |
| 9 | | |
| 10 | | By:      /s/ Sean M. Sullivan<br>      Sean M. Sullivan |
| 11 | | Attorneys for Defendant<br>A&E TELEVISION NETWORKS LLC |

3

EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4880-1366-7309v.1 0052023-000125

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, 24th Floor, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On October 9, 2024, I served the following document(s):

1. **EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

2. **[PROPOSED] ORDER RE: EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

for each addressee named below:

Margaret A. McLetchie
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Email: maggie@nvlitigation.com
Telephone: (702) 728-5300

*Attorneys for Plaintiff*
*EWU MEDIA LLC*

☒ (VIA ELECTRONIC MAIL) – I served a true and correct copy by electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on October 9, 2024, at Portland, Oregon.

Samantha Ho
Print Name

*(Signature)*

4
EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4880-1366-7309v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899