UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br><br> vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**[PROPOSED] ORDER RE: EIGHTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

# ORDER

The Court, having considered the Eighth Joint Stipulation to Extend Time to Respond to First Amended Complaint filed by Plaintiff EWU Media LLC ("Plaintiff") and Defendant A&E Television Networks LLC ("Defendant") HEREBY ORDERS the following:

1. Defendant shall have up to and including October 17, 2024, to answer, move, or otherwise respond to Plaintiff's Complaint and/or forthcoming amended complaint.

**IT IS SO ORDERED.**

DATED:

By: _____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

[PROPOSED] ORDER
4871-5380-4526v.1 0052023-000125

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899