PILLSBURY WINTHROP SHAW PITTMAN LLP
DIANNE L. SWEENEY (187198)
*dianne@pillsburylaw.com*
RYAN SELNESS (306369)
*ryan.selness@pillsburylaw.com*
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: 650.233.4500

Attorneys for Defendant VOBILE, INC.

MARGARET A. McLETCHIE (223240)
*maggie@nvlitigation.com*
McLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**THIRD STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint filed: September 17, 2024<br>Current response date: October 17, 2024<br>New response date: October 31, 2024<br><br>Assigned to: Judge Maame Ewusi-Mensah Frimpong<br>Action Filed: March 13, 2024 |

-1-

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile") (together, the "Parties") hereby jointly stipulate that Vobile shall have up to and including **October 31, 2024** to answer, move, or otherwise respond to Plaintiff's First Amended Complaint. The Parties represent as follows:

1. Plaintiff served the Complaint on Vobile on May 10, 2024. Vobile's original response date was May 31, 2024.

2. On and after May 29, 2024, pursuant to Local Rule 8-3 or Federal Rule of Civil Procedure 6(b), the Plaintiff and Vobile agreed to various extensions. Similar extension agreements have been made by Plaintiff and A&E Television Networks, LLC ("A&E" and collectively with Vobile, "Defendants").

3. On August 23, 2024 and following a meet and confer between Vobile and Plaintiff, the Parties filed a stipulation re an amended complaint which set Plaintiff's deadline to amend its complaint on September 10, 2024 and Vobile's time to respond to any amended complaint on October 10, 2024. Thereafter, on September 11, 2024, the Parties filed another stipulation re an amended complaint that set Plaintiff's deadline to amend its complaint on September 17, 2024 and Vobile's time to respond to any amended complaint on October 17, 2024.

4. Since that amended pleading was filed on September 17, 2024, Plaintiff and Defendants have continued to engage in and make progress in settlement discussions, and are close to reaching a settlement.

5. The agreed extension(s) would not unnecessarily delay this matter because the case is still in its initial stages, no deadlines have been set by the Court, and no party will be prejudiced by a further extension.

6. Therefore, Vobile and Plaintiff hereby stipulate and request that: (a) the deadline for Vobile to answer, move, or otherwise respond to Plaintiff's First Amended Complaint be extended from October 17, 2024 to **October 31, 2024**.

1  All signatures listed, and on whose behalf the filing is submitted, concur in the
2  filing's content and have authorized the filing.

3  Dated: October 16, 2024        McLETCHIE LAW

4                                 By: */s/ Margaret A. McLetchie*
5                                     Margaret A. McLetchie,
                                       Attorneys for Plaintiff
6                                     EWU MEDIA LLC

7  Dated: October 16, 2024        PILLSBURY WINTHROP SHAW PITTMAN LLP

8                                 By: */s/ Dianne L. Sweeney*
9                                     Dianne L. Sweeney
                                       Attorneys for Defendant
10                                    VOBILE, INC.