# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**[PROPOSED] ORDER RE: THIRD STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint filed: September 17, 2024<br>Current response date: October 17, 2024<br>New response date: October 31, 2024<br><br>Assigned to:  Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

-1-

The Court, having considered the Stipulation to Extend Vobile's Time to Respond to First Amended Complaint filed by Plaintiff EWU Media LLC ("Plaintiff") and Defendant Vobile Inc. ("Defendant"), and good cause appearing therefor, HEREBY ORDERS the following:

1. Vobile shall have up to and including October 31, 2024 to answer, move, or otherwise respond to Plaintiff's complaint.

2. Nothing in this stipulation shall be deemed to shorten or limit EWU's ability to amend or seek leave to amend.

**IT IS SO ORDERED.**

Dated: _____

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge