SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
  maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**NINTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: October 17, 2024<br>New response date: October 31, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court set and extend AETN's time to respond to Plaintiff's First Amended Complaint, such that AETN shall have up to and including **October 31, 2024**, to answer, move, or otherwise respond to such amended complaint.  The Parties represent as follows:

1. Plaintiff served an initial Complaint on AETN on March 21, 2024, and a First Amended Complaint on September 17, 2024. The Parties have entered into eight prior joint stipulations to extend the time for AETN to respond to the Complaint or First Amended Complaint to permit the Parties to discuss a potential resolution of this case and to align AETN's response date with that of the other defendant in this action, Vobile Inc. ("Vobile").  *See* Doc. 22, 23, 24, 26, 28, 32, 33, 34, 35, 39, 43, 49.

2. Following approval of the Parties' eighth stipulation, the Parties and Vobile have continued to engage in settlement discussions, and are discussing terms of a proposed settlement agreement that would resolve all claims at issue this action.

3. To permit the Parties sufficient time to further discuss and finalize settlement terms, the Parties now seek an additional brief extension for AETN to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

4. Good cause exists for the agreed extension because the Parties and Vobile are close to reaching a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the First Amended Complaint.

5. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court.  Accordingly, no party will be prejudiced by a further extension.

NINTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-1041-5600v.1 0052023-000125
1
**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6. Therefore, the Parties hereby stipulate and request that AETN's deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint be extended to **October 31, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: October 17, 2024          MCLETCHIE LAW
                                 MARGARET A. MCLETCHIE


                                 By: /s/ Margaret A. McLetchie
                                     Margaret A. McLetchie
                                     Attorneys for Plaintiff
                                     EWU MEDIA LLC


DATED: October 17, 2024          DAVIS WRIGHT TREMAINE LLP
                                 SEAN M. SULLIVAN
                                 JOEL RICHERT


                                 By:    /s/ Sean M. Sullivan
                                        Sean M. Sullivan
                                     Attorneys for Defendant
                                     A&E TELEVISION NETWORKS LLC

2
NINTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-1041-5600v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine, LLP, 24th Floor, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On October 17, 2024, I served the following document(s):

1. **NINTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

2. **[PROPOSED] ORDER RE: NINTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

for each addressee named below:

Margaret A. McLetchie
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Email: maggie@nvlitigation.com
Telephone: (702) 728-5300

*Attorneys for Plaintiff*
*EWU MEDIA LLC*

☒ (VIA ELECTRONIC MAIL) – I served a true and correct copy by electronic delivery pursuant to C.C.P. 1010.6, calling for agreement to accept service by electronic delivery, to the interested parties in this action as indicated above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on October 17, 2024, at Portland, Oregon.

Samantha Ho
Print Name

Signature

3
NINTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4873-1041-5600v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899