|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EWU MEDIA LLC, a Nevada limited liability company, | Case No. **2:24-cv-02046-MEMF-PD** |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATIONS TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NOS. 50, 51]** |
| vs. |  |
| VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company, | Assigned to the Hon. Frimpong |
| Defendants. | Action Filed: March 13, 2024 |

**ORDER**

The Court, having considered the parties' stipulations (ECF Nos. 50, 51), and good cause appearing therefor, HEREBY ORDERS the following:

1. Defendants shall have up to and including October 31, 2024, to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

2. Nothing in this stipulation shall be deemed to shorten or limit EWU's ability to amend or seek leave to amend.

**IT IS SO ORDERED.**

DATED: October 23, 2024

By: _____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

1