# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>    Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**[PROPOSED] ORDER RE: FOURTH STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint filed: September 17, 2024<br>Current response date: October 31, 2024<br>New response date: November 14, 2024<br><br>Assigned to:  Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

1  The Court, having considered the Stipulation to Extend Vobile's Time to
2  Respond to First Amended Complaint filed by Plaintiff EWU Media LLC ("Plaintiff")
3  and Defendant Vobile Inc. ("Defendant"), and good cause appearing therefor,
4  HEREBY ORDERS the following:
5      1. Vobile shall have up to and including November 14, 2024 to answer,
6  move, or otherwise respond to Plaintiff's complaint.
7      2. Nothing in this stipulation shall be deemed to shorten or limit EWU's
8  ability to amend or seek leave to amend.
9      **IT IS SO ORDERED.**

11  Dated: _____

    Hon. Maame Ewusi-Mensah Frimpong
    United States District Judge