| | |
|---|---|
| 1 | SEAN M. SULLIVAN (State Bar No. 229104)<br>  seansullivan@dwt.com |
| 2 | JOEL RICHERT (State Bar No. 327116)<br>  joelrichert@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor |
| 4 | Los Angeles, California  90017-2566<br>Telephone:  (213) 633-6800 |
| 5 | Fax:  (213) 633-6899 |
| 6 | Attorneys for Defendant |
| 7 | A&E TELEVISION NETWORKS LLC |
| 8 | MARGARET A. MCLETCHIE (State Bar No. 223240)<br>  maggie@nvlitigation.com |
| 9 | MCLETCHIE LAW<br>500 North State College Boulevard, Suite 1100 PMB 326 |
| 10 | Orange, California 92868<br>Telephone: (702) 728-5300 |
| 11 | Attorneys for Plaintiff |
| 12 | EWU MEDIA LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>     vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**TENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: October 31, 2024<br>New response date: November 15, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed:  March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court set and extend AETN's time to respond to Plaintiff's First Amended Complaint, such that AETN shall have up to and including **November 15, 2024**, to answer, move, or otherwise respond to such amended complaint. The Parties represent as follows:

1. Plaintiff served an initial Complaint on AETN on March 21, 2024, and a First Amended Complaint on September 17, 2024. The Parties have entered into nine prior joint stipulations to extend the time for AETN to respond to the Complaint or First Amended Complaint to permit the Parties to discuss a potential resolution of this case and to align AETN's response date with that of the other defendant in this action, Vobile Inc. ("Vobile"). *See* Doc. 22, 23, 24, 26, 28, 32, 33, 34, 35, 39, 43, 49, 52.

2. Following approval of the Parties' ninth stipulation, the Parties and Vobile have continued to make significant progress in settlement discussions, and are discussing terms of a proposed settlement agreement that would resolve all claims at issue this action.

3. To permit the Parties sufficient time to further discuss and finalize settlement terms, the Parties now seek an additional brief extension for AETN to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

4. Good cause exists for the agreed extension because the Parties and Vobile are close to reaching a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the First Amended Complaint.

5. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court. Accordingly, no party will be prejudiced by a further extension.

1

TENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4855-9150-8724v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6.   Therefore, the Parties hereby stipulate and request that AETN's deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint be extended to **November 15, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: October 31, 2024          MCLETCHIE LAW
                                  MARGARET A. MCLETCHIE


                                  By: /s/ Margaret A. McLetchie
                                       Margaret A. McLetchie
                                  Attorneys for Plaintiff
                                  EWU MEDIA LLC


DATED: October 31, 2024          DAVIS WRIGHT TREMAINE LLP
                                  SEAN M. SULLIVAN
                                  JOEL RICHERT


                                  By:      /s/ Sean M. Sullivan
                                            Sean M. Sullivan
                                  Attorneys for Defendant
                                  A&E TELEVISION NETWORKS LLC

2
TENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4855-9150-8724v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899