PILLSBURY WINTHROP SHAW PITTMAN LLP
DIANNE L. SWEENEY (187198)
*dianne@pillsburylaw.com*
RYAN SELNESS (306369)
*ryan.selness@pillsburylaw.com*
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: 650.233.4500

Attorneys for Defendant VOBILE, INC.

MARGARET A. McLETCHIE (223240)
*maggie@nvlitigation.com*
McLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**FIFTH STIPULATION TO EXTEND VOBILE'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint filed: September 17, 2024<br>Current response date: November 14, 2024<br>New response date: December 13, 2024<br><br>Assigned to: Judge Maame Ewusi-Mensah Frimpong<br>Action Filed: March 13, 2024 |

1    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, EWU Media LLC ("Plaintiff"), and Defendant, Vobile, Inc. ("Vobile") (together, the "Parties") hereby jointly stipulate that Vobile shall have up to and including **December 13, 2024** to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.  The Parties represent as follows:

1. Plaintiff served the Complaint on Vobile on May 10, 2024.  Vobile's original response date was May 31, 2024.

2. On and after May 29, 2024, pursuant to Local Rule 8-3 or Federal Rule of Civil Procedure 6(b), the Plaintiff and Vobile agreed to various extensions.  Similar extension agreements have been made by Plaintiff and A&E Television Networks, LLC ("A&E" and collectively with Vobile, "Defendants").

3. On August 23, 2024 and following a meet and confer between Vobile and Plaintiff, the Parties filed a stipulation re an amended complaint which set Plaintiff's deadline to amend its complaint on September 10, 2024 and Vobile's time to respond to any amended complaint on October 10, 2024.  Thereafter, on September 11, 2024, the Parties filed another stipulation re an amended complaint that set Plaintiff's deadline to amend its complaint on September 17, 2024 and Vobile's time to respond to any amended complaint on October 17, 2024.

4. On October 16, 2024, the Parties filed a stipulation to extend the time for Defendant Vobile to respond to that First Amended Complaint to October 31, 2024.

5. On October 13, 2024, the Parties filed a further stipulation to extend the time for Defendant Vobile to respond to the First Amended Complaint to November 14, 2024.

6. Since that stipulation was filed on October 13, 2024, Plaintiff and Defendants have reached a settlement in principle but need additional time to prepare and execute a final settlement agreement.

7. The agreed extension(s) would not unnecessarily delay this matter because the case is still in its initial stages, no deadlines have been set by the Court,

and no party will be prejudiced by a further extension.

8. Therefore, Vobile and Plaintiff hereby stipulate and request that: (a) the deadline for Vobile to answer, move, or otherwise respond to Plaintiff's First Amended Complaint be extended from November 14, 2024 to **December 13, 2024**.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 15, 2024   McLETCHIE LAW

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie,
Attorneys for Plaintiff
EWU MEDIA LLC

Dated: November 15, 2024   PILLSBURY WINTHROP SHAW PITTMAN LLP

By:*/s/ Dianne L. Sweeney*
Dianne L. Sweeney
Attorneys for Defendant
VOBILE, INC.