SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
  maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**ELEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint served: March 21, 2024<br>Current response date: Nov. 15, 2024<br>New response date: December 6, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed:  March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court set and extend AETN's time to respond to Plaintiff's First Amended Complaint, such that AETN shall have up to and including **December 6, 2024**, to answer, move, or otherwise respond to such amended complaint. The Parties represent as follows:

1. Plaintiff served an initial Complaint on AETN on March 21, 2024, and a First Amended Complaint on September 17, 2024. The Parties have entered into ten prior joint stipulations to extend the time for AETN to respond to the Complaint or First Amended Complaint to permit the Parties to discuss a potential resolution of this case and to align AETN's response date with that of the other defendant in this action, Vobile Inc. ("Vobile"). *See* Doc. 22, 23, 24, 26, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 43, 45, 48, 49, 50, 51, 52, 53; *see also* Doc. 54.

2. Following the filing of the Parties' tenth stipulation, the Parties and Vobile have continued to make significant progress in settlement discussions, and Vobile is preparing an initial draft of a proposed settlement agreement (to be provided to Plaintiff shortly) that would resolve all claims at issue this action.

3. To permit the Parties sufficient time to further discuss and finalize settlement terms, the Parties now seek an additional brief extension for AETN to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

4. Good cause exists for the agreed extension because the Parties and Vobile are close to reaching a potential resolution of this matter, which would conserve the parties' and the Court's time and resources, and obviate the need for AETN to answer, move, or otherwise respond to the First Amended Complaint.

5. The agreed extension would not unnecessarily delay this matter because the case is still in its initial stages as no deadlines have been set by the Court. Accordingly, no party will be prejudiced by a further extension.

1

ELEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4893-5498-9050v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  6. Therefore, the Parties hereby stipulate and request that AETN's
2  deadline to answer, move, or otherwise respond to Plaintiff's First Amended
3  Complaint be extended to **December 6, 2024**.
4  All signatures listed, and on whose behalf the filing is submitted, concur in
5  the filing's content and have authorized the filing.

7  DATED: November 15, 2024         MCLETCHIE LAW
                                    MARGARET A. MCLETCHIE

9                                   By: /s/ *Margaret A. McLetchie*
10                                       Margaret A. McLetchie
                                         Attorneys for Plaintiff
11                                       EWU MEDIA LLC

12 DATED: November 15, 2024         DAVIS WRIGHT TREMAINE LLP
                                    SEAN M. SULLIVAN
13                                  JOEL RICHERT

15                                  By:    /s/ Sean M. Sullivan
16                                         Sean M. Sullivan
                                    Attorneys for Defendant
17                                  A&E TELEVISION NETWORKS LLC

2
ELEVENTH JOINT STIPULATION TO EXTEND TIME TO RESPOND
4893-5498-9050v.1 0052023-000125

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899