JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | 2:24-cv-02046-MEMF-PD<br><br>**ORDER ON STIPULATIONS TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NOS. 53, 54, 55, 56]**<br><br>Assigned to: Judge Maame Ewusi-Mensah Frimpong<br><br>Action Filed: March 13, 2024 |

-1-

The Court, having considered the parties' stipulations (ECF Nos. 53, 54, 55, 56), and good cause appearing therefor, HEREBY ORDERS the following:

1. As the parties appear to be making significant progress in settlement discussions and have reached a settlement in principle, the Court hereby orders the action is STAYED and administratively closed until thirty (30) days from the date of this Order. The parties are ORDERED to file, within thirty (30) days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a status report and/or motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of thirty-one (31) days from the date of this Order. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

2. Nothing in this order shall be deemed to shorten or limit EWU's ability to amend or seek leave to amend.

**IT IS SO ORDERED.**

Dated: December 3, 2024

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge