SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
A&E TELEVISION NETWORKS LLC

MARGARET A. MCLETCHIE (State Bar No. 223240)
  maggie@nvlitigation.com
MCLETCHIE LAW
500 North State College Boulevard, Suite 1100 PMB 326
Orange, California 92868
Telephone: (702) 728-5300

Attorneys for Plaintiff
EWU MEDIA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>VOBILE INC., a California corporation, and A&E TELEVISION NETWORKS LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | Case No. **2:24-cv-02046-MEMF-PD**<br><br>**JOINT STATUS REPORT**<br><br>Complaint served: March 21, 2024<br><br>Assigned to the Hon. Frimpong<br><br>Action Filed: March 13, 2024 |

PLEASE TAKE NOTICE that, Plaintiff EWU Media LLC ("Plaintiff"), and Defendant A&E Television Networks LLC ("AETN") (together, the "Parties"), through their attorneys of record, hereby submit this joint status report pursuant to the Court's December 3, 2024 Order. *See* Doc. 57.

The Parties and the other defendant in this action Vobile, Inc. ("Vobile") have finalized the substantive terms of a confidential settlement agreement that would resolve all claims at issue in this action, and which is currently awaiting final approval of the written memorialization thereof and execution. The Parties request that the Court extend the stay of proceedings for an additional 14 days to allow the Parties to consummate settlement. The Parties will submit a status report or dismissal no later than 14 days from today's date.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 3, 2025

McLETCHIE LAW
MARGARET A. MCLETCHIE

By: /s/ *Margaret A. McLetchie*
Margaret A. McLetchie
Attorneys for Plaintiff
EWU MEDIA LLC

DATED: January 3, 2025

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
JOEL RICHERT

By: /s/ *Sean M. Sullivan*
Sean M. Sullivan
Attorneys for Defendant
A&E TELEVISION NETWORKS LLC