| | |
|---|---|
| MARGARET A. McLETCHIE (223240) <br> maggie@nvlitigation.com <br> McLETCHIE LAW <br> 500 North State College Boulevard <br> Suite 1100 PMB 326 <br> Orange, California 92868 <br> Telephone: (702) 728-5300 <br> *Attorney for Plaintiff* <br> *EWU MEDIA LLC* <br><br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> DIANNE L. SWEENEY (187198) <br> dianne@pillsburylaw.com <br> RYAN SELNESS (306369) <br> ryan.selness@pillsburylaw.com <br> 2550 Hanover Street <br> Palo Alto, CA 94304-1115 <br> Telephone:  650.233.4500 <br> *Attorneys for Defendant VOBILE, INC.* | SEAN M. SULLIVAN <br> (State Bar No. 229104) <br> seansullivan@dwt.com <br> JOEL RICHERT <br> (State Bar No. 327116) <br> joelrichert@dwt.com <br> DAVIS WRIGHT TREMAINE LLP <br> 865 South Figueroa Street, 24th Floor <br> Los Angeles, California 90017-2566 <br> Telephone: (213) 633-6800 <br> Fax: (213) 633-6899 <br> *Attorneys for Defendant* <br> *A&E TELEVISION NETWORKS LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company, <br><br>         Plaintiff, <br><br>     vs. <br><br> VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company, <br><br>         Defendants. | 2:24-cv-02046-MEMF-PD <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

1  IT IS HERBY STIPULATED between Plaintiff, EWU Media LLC ("Plaintiff"), by and through their attorneys of record McLetchie Law, Defendant, Vobile, Inc. ("Vobile"), by and through their attorneys of record Pillsbury Winthrop Shaw Pittman LLP, and Defendant A&E Television Networks LLC ("AETN"), by and through their attorneys of record, Davis Wright Tremaine LLP (together, the "Parties"), pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 27, 2025  **MCLETCHIE LAW**
MARGARET A. MCLETCHIE

By: /s/ Margaret A. McLetchie
    Margaret A. McLetchie
    Attorney for Plaintiff
    EWU MEDIA LLC

Dated: May 27, 2025  **PILLSBURY WINTHROP SHAW PITTMAN LLP**
DIANNE L. SWEENEY
RYAN SELNESS

By: /s/ Ryan Selness
    Ryan Selness
    Attorney for Defendant
    VOBILE, INC.

Dated: May 27, 2025  **DAVIS WRIGHT TREMAINE LLP**
SEAN M. SULLIVAN
JOEL RICHERT

By: /s/ Joel Richert
    Joel Richert
    Attorney for Defendant
    A&E TELEVISION NETWORKS LLC