1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company, | 2:24-cv-02046-MEMF-PD |
| Plaintiff, | **[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company, | |
| Defendants. | |

-2-

1  The Court, having considered the Joint Stipulation of Dismissal of Action with
2  Prejudice by Plaintiff EWU Media LLC, Defendant Vobile Inc., and Defendant A&E
3  Television Networks LLC, and good cause appearing therefor, HEREBY ORDERS the
4  following:

5  1.  The instant case is hereby dismissed with prejudice.

6  2.  All parties shall bear their own attorney fees and costs.

7  **IT IS SO ORDERED.**

9  Dated: _____

   Hon. Maame Ewusi-Mensah Frimpong
   United States District Judge