# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VOBILE, INC. a California corporation, and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CV 24-2046-MEMF-PD<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

-2-

1  The Court, having considered the Joint Stipulation of Dismissal of Action with
2  Prejudice by Plaintiff EWU Media LLC, Defendant Vobile Inc., and Defendant A&E
3  Television Networks LLC, and good cause appearing therefor, HEREBY ORDERS the
4  following:
5      1.    The instant case is hereby dismissed with prejudice.
6      2.    All parties shall bear their own attorney fees and costs.
7  **IT IS SO ORDERED.**

9  Dated: May 28, 2025

                                      Hon. Maame Ewusi-Mensah Frimpong
                                      United States District Judge